UNITED STATES of America,
Plaintiff–Appellee,

v.

Abraham HERNANDEZ–ALDAY,
Defendant–Appellant.

No. 14–40208
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 8, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Michael Lance Herman, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Abraham Hernandez–Alday pleaded guilty to being found unlawfully present in the United States following removal; he received a below-guidelines range sentence of 30 months of imprisonment.

The parties agree that, because Hernandez–Alday was sentenced to deferred adjudication for a prior burglary conviction, he was not convicted of an aggravated felony and, thus, the judgment improperly re-flects that he was convicted and sentenced under 8 U.S.C. § 1326(b)(2). *See United States v. Mondragon–Santiago,* 564 F.3d 357, 368 (5th Cir.2009). Because Hernandez–Alday's offense was a § 1326(b)(1) violation rather than a § 1326(b)(2) violation, we REMAND for the limited purpose of reforming the judgment to reflect the proper statute of conviction. *See* 28 U.S.C. § 2106. In all other respects, the judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.